UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
Nov 20 2017
CLERK

| | |
|---|---|
| Request for International Judicial Assistance from the Civil Trial Court No. 102 in Buenos Aires, Argentina in <u>Matter of Sara Sternheimer</u>, Ref No.: 2076/2017 | No. 17-mc-53<br><br>CERTIFICATION |

I, Ann M. Hoffman, Assistant United States Attorney for the District of South Dakota, having been appointed Commissioner by Order of this Court filed on October 30, 2017, for the purpose of taking evidence in accordance with the request of Argentina, certify that I received on November 13, 2017, documents in response to the Commissioner's Subpoena served upon Citibank, N.A.

Dated this _16th_ day of November, 2017.

RANDOLPH J. SEILER
United States Attorney

Ann M. Hoffman, Commissioner
Assistant United States Attorney for the
 District of South Dakota
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone:  (605)357-2363
Facsimile:  (605)330-4410
E-Mail:  ann.hoffman@usdoj.gov